

**ENTERED**
**11/15/2010**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-34408-H5-13 |
| | § | |
| PATRICIA MORALES, | § | |
|    Debtor | § | CHAPTER 13 |
| | § | |
| U.S. BANK, N.A., ITS ASSIGNS | § | |
| AND/OR SUCCESSORS IN | § | |
| INTEREST, | § | |
|    Movant | § | HEARING DATE:_____ |
| | § | |
| v. | § | TIME:_____ |
| | § | |
| PATRICIA MORALES; RICHARD | § | |
| MORALES, Co-Debtor; and | § | |
| WILLIAM E. HEITKAMP, Trustee | § | |
|    Respondents | § | JUDGE KAREN K. BROWN |

### AGREED ORDER GRANTING RELIEF FROM AUTOMATIC STAY AND
### CO-DEBTOR STAY
(This Order resolves Docket # )

U.S. BANK, N.A., ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST ("Movant") filed a motion for relief from the automatic stay and co-debtor stay against

18 EAST WHITE WILLOW CIRCLE
THE WOODLANDS, TX  77381

LOT SEVENTY-FIVE (75), IN BLOCK ONE (1), OF VILLAGE OF PANTHER CREEK, SECTION THREE (3), AN ADDITION IN MONTGOMERY COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF, RECORDED IN CABINET B, SHEET 109-B, OF THE MAP RECORDS OF MONTGOMERY COUNTY, TEXAS.

A.P.N. #:000329490

Case 10-34408   Document 76   Filed in TXSB on 11/15/10   Page 2 of 3
Case 10-34408   Document 68-1   Filed in TXSB on 11/01/2010   Page 2 of 3
10-22-2010 10:54                                                                PAGE3

(the "Property"). Movant represented to the Court that it had served the motion in accordance with all applicable rules and provided notice of the hearing. As shown by Debtor(s)' or Debtor(s)' counsel signature below, Debtor(s) have agreed to the requested relief. If there is a co-debtor, the co-debtor failed to file a timely objection to the proposed relief.

Accordingly, it is ordered that Movant is granted leave from the automatic stay and co-debtor stay to pursue its state law remedies against the Property, including repossession, foreclosure and/or eviction.

The stay imposed by Bankruptcy Rule 4001 (a)(3) does not apply.

NOV 1 5 2010    Reserved For Judge Signature

Agreed:

AGREED AND ENTRY REQUESTED:

*Emil R. Sargent*

EMIL SARGENT
TBA NO.: 17648750
S.D. TEX. BAR NO.: 13272
723 MAIN STREET
SUITE 300
HOUSTON, TX 77002
TELEPHONE: 713. 222. 2299
FAX: 713. 222. 2478
EMAIL: Esargent3@gmail.com
ATTORNEY FOR DEBTOR

[Document must be signed by Debtor(s) or by Debtor(s)' counsel or both. Electronic signatures may be submitted. Movant must retain copies of the original signatures.]

By submitting this Agreed Order, Movant's counsel certifies that counsel reviewed the docket sheet after the expiration of the deadline for responses and that no co-debtor has filed any opposition to the requested relief.

(the "Property"). Movant represented to the Court that it had served the motion in accordance with all applicable rules and provided notice of the hearing. As shown by Debtor(s)' or Debtor(s)' counsel signature below, Debtor(s) have agreed to the requested relief. If there is a co-debtor, the co-debtor failed to file a timely objection to the proposed relief.

Accordingly, it is ordered that Movant is granted leave from the automatic stay and co-debtor stay to pursue its state law remedies against the Property, including repossession, foreclosure and/or eviction.

The stay imposed by Bankruptcy Rule 4001 (a)(3) does not apply.

> ReservedForJudgeSignature

Agreed:

AGREED AND ENTRY REQUESTED:

_____
EMIL SARGENT
TBA NO.: _____
S.D. TEX. BAR NO.: _____
723 MAIN STREET
SUITE 300
HOUSTON, TX  77002
TELEPHONE: _____
FAX:_____
EMAIL: _____
ATTORNEY FOR DEBTOR

[Document must be signed by Debtor(s) or by Debtor(s)' counsel or both. Electronic signatures may be submitted. Movant must retain copies of the original signatures.]

By submitting this Agreed Order, Movant's counsel certifies that counsel reviewed the docket sheet after the expiration of the deadline for responses and that no co-debtor has filed any opposition to the requested relief.